In the Matter of NATIONAL SURETY COMPANY.

DEPARTMENT OF BANKING, STATE OF NEBRASKA, as Receiver and Liquidating Agent of FARMERS STATE BANK, COLLAWAY, NEBRASKA, Appellant.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Respondent.

Submitted January 4, 1943; decided January 14, 1943.

Motion to further amend the remittitur denied, with ten dollars costs and necessary printing disbursements. [See 288 N. Y. 712; 289 N. Y. 624.]

JAMES B. MARTIN et al., Respondents v. DIMARCO & REIMANN, INC., Appellant et al., Defendants.

Reported below, 264 App. Div. 234.
Argued January 18, 1943; decided January 19, 1943.

*Henry E. Stohldreier* and *Walter W. Westall* for motion.
*Howard L. Kuttner* opposed.

Motion granted.